UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

STEVEN D. SZATANEK,

                Petitioner,

v.                                         9:20-CV-1306
                                                    (TJM)

SUPERINTENDENT,

                Respondent.
_____

APPEARANCES:                                                                OF COUNSEL:

STEVEN D. SZATANEK
Petitioner pro se
16-B-0449
Five Points Correctional Facility
Caller Box 119
Romulus, NY 14541

HON. LETITIA JAMES                                                  PRISCILLA STEWARD, ESQ.
Attorney for Respondent                                             Ass't Attorney General
New York State Attorney General
The Capitol
Albany, New York 12224

THOMAS J. McAVOY
United States Senior District Judge

### DECISION and ORDER

      Petitioner Steven Szatanek sought federal habeas corpus relief pursuant to 28 U.S.C. § 2254. Dkt. No. 1, Petition ("Pet."). Respondent was directed to answer the petition on or before March 5, 2021. Dkt. No. 2, Decision and Order ("October Order"); Dkt. No. 6, Letter Request; Dkt. No. 7, Text Order (granting respondent's request for an extension)

      Petitioner recently filed a letter with the Court, admitting to several criminal actions and

requesting that his habeas petition be withdrawn. Dkt. No. 8. The Court issued a Decision and Order informing petitioner that his "voluntary withdrawal of his habeas petition . . . may result in any future petition being subject to dismissal as time-barred," and granting him thirty days leave to clarify whether he wished to voluntarily withdraw his petition or proceed. Dkt. No. 9, Decision and Order ("February Order") at 2. Petitioner timely complied with the February Order and filed a letter motion which renewed his voluntary request to withdraw his petition. Dkt. No. 10, Motion to Withdraw.

Accordingly, petitioner's motion is granted.

**WHEREFORE**, it is

**ORDERED** that petitioner's motion to withdraw (Dkt. No. 10) is **GRANTED** and the petition is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the Clerk serve copies of this Decision and Order upon petitioner in accordance with the Local Rules.

Dated: February 23, 2021

Thomas J. McAvoy
Senior, U.S. District Judge